| PROB 22 (Rev. 8/97) | United States District Court Southern District of Texas | DOCKET NUMBER *(Tran. Court)* 5:04CR02389-002 |
|---|---|---|
| **TRANSFER OF JURISDICTION** FILED SEP - 4 2007 Michael N. Milby, Clerk | | DOCKET NUMBER *(Rec. Court)* 1:07cr190 -MEF |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Dennis Dennoard Faulk, Jr. | DISTRICT SOUTHERN DISTRICT OF TEXAS | DIVISION Laredo |
| | NAME OF SENTENCING JUDGE Helen G. Berrigan | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM February 5, 2007 — TO February 4, 2010 |

RECEIVED
2007 AUG 20 A 11: 54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RECEIVED
2007 SEP 10 A 9: 24
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**OFFENSE**

Transportation of an undocumented alien by means of a motor vehicle within the United States for private financial gain, 8 U.S.C. § 1324(a)(1)(B)(i)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS, Laredo Division</u>

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Middle District of Alabama on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

_July 6, 2007_
*Date*

_Micaela Alvarez, United States District Judge_

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>MIDDLE DISTRICT OF ALABAMA, Dothan Division</u>

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

_22 August 2007_
*Effective Date*

_United States District Judge_