United States District Court
Southern District of Texas
FILED
NOV 1 6 2004
Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. |
| PHILLIP EUGENE TOWNSEND<br>DENNIS DENNOARD FAULK, JR. | § § § | **L-04-2389** |

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

#### COUNT ONE

On or about October 22, 2004, in the Southern District of Texas and within the jurisdiction of the Court, **Defendants,**

**PHILLIP EUGENE TOWNSEND and
DENNIS DENNOARD FAULK, JR.,**

knowing and in reckless disregard of the fact that **OLIVIA GARCIA-CORTEZ** was an alien who had come to entered and remained in the United States in violation of law, did transport and move such alien, for purpose of commercial advantage or private financial gain and in furtherance of such violation of law, within the United States by means of a motor vehicle.

In violation of Title 8, United States Code, Section 1324.

## COUNT TWO

On or about October 22, 2004, in the Southern District of Texas and within the jurisdiction of the Court, **Defendants,**

**PHILLIP EUGENE TOWNSEND and
DENNIS DENNOARD FAULK, JR.,**

knowing and in reckless disregard of the fact that **MARTIN ISRAEL REYES-CORRALES** was an alien who had come to entered and remained in the United States in violation of law, did transport and move such alien, for purpose of commercial advantage or private financial gain and in furtherance of such violation of law, within the United States by means of a motor vehicle.

In violation of Title 8, United States Code, Section 1324.

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

_____
MATTHEW J. RINKA
Assistant United States Attorney

TRUE COPY I CERTIFY
ATTEST
Michael N. Milby, Clerk
By _____
Deputy clerk

AO 245B    (Rev. 12/03) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Laredo

FILED
JUN 0 3 2005 **EH**
Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
FILED
JUN - 7 2005
Michael N. Milby, Clerk

UNITED STATES OF AMERICA
V.
**DENNIS DENNOARD FAULK, JR.**

JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: 5:04CR02389-002
USM NUMBER: 44937-179

☐ See Additional Aliases.

Donato D. Ramos
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s)    one on December 16, 2004
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. § 1324(a)(1)(B)(i) | Transportation of an undocumented alien by means of a motor vehicle within the United States for private financial gain | 10/22/2004 | one |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☒ Count(s)  two    ☒ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 18, 2005
Date of Imposition of Judgment

Signature of Judge

**HELEN G. BERRIGAN**
**CHIEF UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

5/31/05
Date

TRUE COPY, I CERTIFY
ATTEST
Michael N. Milby, Clerk
By _____ Deputy clerk

DRG/BAB/am

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
          Sheet 2 -- Imprisonment

Judgment -- Page 2 of 6

DEFENDANT: DENNIS DENNOARD FAULK, JR.
CASE NUMBER: 5:04CR02389-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____ 4 months. _____

The defendant was advised of the right to appeal the sentence, including the right to appeal in forma pauperis, upon proper documentation.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☒ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 3 -- Supervised Release

Judgment -- Page 3 of 6

DEFENDANT: **DENNIS DENNOARD FAULK, JR.**
CASE NUMBER: **5:04CR02389-002**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **3 years.**

☐ See Additional Supervised Release Terms.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. *(for offenses committed on or after September 13, 1994)*

  ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 3C -- Supervised Release

Judgment -- Page 4 of 6

DEFENDANT: DENNIS DENNOARD FAULK, JR.
CASE NUMBER: 5:04CR02389-002

# SPECIAL CONDITIONS OF SUPERVISION

The defendant is restricted to his or her place of residence continuously, except for absences authorized by the probation officer, for a period of 2 months after release from custody. The probation officer may approve absences for gainful employment, religious services, medical care, education or training programs, and at other times as may be specifically authorized by the probation officer. Electronic monitoring may be used to monitor compliance with this condition; however, alternative means of surveillance may be used that will ensure compliance with this special condition. If electronic monitoring is used, the defendant will incur costs associated with such monitoring, based on ability to pay as determined by the probation officer.

AO 245B     (Rev. 12/03) Judgment in a Criminal Case
              Sheet 5 -- Criminal Monetary Penalties

Judgment -- Page 5 of 6

DEFENDANT:   DENNIS DENNOARD FAULK, JR.
CASE NUMBER:   5:04CR02389-002

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $100.00 | | |

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

☐ See Additional Restitution Payees.

| TOTALS | $ 0.00 | $ 0.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the   ☐ fine    ☐ restitution.

    ☐ the interest requirement for the   ☐ fine    ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B     (Rev. 12/03) Judgment in a Criminal Case
                Sheet 6 -- Schedule of Payments

Judgment -- Page 6 of 6

DEFENDANT: **DENNIS DENNOARD FAULK, JR.**
CASE NUMBER: **5:04CR02389-002**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☒ Lump sum payment of $ __100.00__ due immediately, balance due
      ☐ not later than _____, or
      ☒ in accordance with ☐ C, ☐ D, ☐ E, or ☒ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ installments of $ _____ over a period of _____, to commence _____ days after the date of this judgment; or

D ☐ Payment in equal _____ installments of $ _____ over a period of _____, to commence _____ days after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:
     Make all payments payable to: U.S. District Clerk, 1300 Victoria, Ste. 1131, Laredo, TX 78040

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**
**(including defendant number)**     **Total Amount**     **Joint and Several Amount**     **Corresponding Payee, if appropriate**

☐ See Additional Defendants and Co-Defendants Held Joint and Several.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ See Additional Forfeited Property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

```
***********************************************************************************************
RUN ON 09/05/07                     FEDERAL COURT SYSTEMS                          PAGE: 1
                                   SOUTHERN DISTRICT OF TX
                                    CASE INQUIRY REPORT
***********************************************************************************************

CASE NO: 5:04-CR-2389-2      TITLE: USA VS DENNIS DENNOARD FAULK, JR.
-----------------------------------------------------------------------------------------------
   DEFENDANT #            ORDERED AMOUNT    AMOUNT PAID    BALANCE DUE    ACCOUNT    PAYMENT TYPE
-----------------------------------------------------------------------------------------------
 1 DENNIS DANNOARD FAULK, JRFFJ     100.00           0.00        100.00    504100    SPECIAL ASSESSMENT
                                 ---------      ---------     ---------
                                    100.00           0.00        100.00

********** CASE SUMMARY **********

TOTAL CASE BALANCE:                      0.00

BALANCE IN U.S. TREASURY:                                         0.00
CASE DEPOSITORY MAINT. BALANCE :                                  0.00

BALANCE IN COMMERCIAL BANKS:                                                         0.00
CASE DEPOSITORY MAINT. BALANCE :                                                     0.00

DEPOSITS TO RECEIPT ACCOUNTS:                                                        0.00


TYPE OF TRANSACTION:
AD: ADJUSTMENT-388800       AJ: ADJUSTMENT           BV: BANK VOUCHER      CH: CASH
BD: DIRECT BANK DEPOSIT     BT: BANK TRANSFER        CC: CREDIT CARD       CR: CASE REFUND
CK: CHECK                   CL: COLLATERAL           CN: CONVERSION        FF: FORFEITURE
CV: CASE VOUCHER            DW: DIRECT WITHDRAWL     DV: DEBIT VOUCHER     VD: VOID
I : INTEREST                MO: MONEY ORDER          TR: TRANSFER
```

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Laredo)
## CRIMINAL DOCKET FOR CASE #: 5:04-cr-02389-2
### Internal Use Only

Case title: USA v. Townsend et al
Magistrate judge case number: 5:04-mj-10275

Date Filed: 11/16/2004
Date Terminated: 05/18/2005

Assigned to: Visiting Judge Helen G. Berrigan

**Defendant**

**Dennis Dennoard Faulk, Jr.** (2)
*TERMINATED: 05/18/2005*

represented by **Donato D Ramos**
PO Box 452009
Laredo, TX 78041
956-722-9909
Fax: 956-727-5884
Email: gmartinez@ddrlex.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Donato David Ramos, Jr**
Law Offices of Donato Ramos
5810 San Bernardo Ave
Ste 101
Laredo, TX 78041
956-722-9909
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pending Counts**

Transporting undocumented aliens within the US. Penalty: Not more than 10 yrs and/or $250,000 fine; $100 cvf; not more than 3 yrs tsr.
(1)

**Disposition**

SENTENCE: 4 months to serve; 3 years TSR, first 2 months of TSR to be in Home Confinement; no fine; $100 CVF; right to appeal; Count 2 dismissed on Government's oral motion;

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

Transporting undocumented aliens within the US. Penalty: Not more than 10 yrs and/or $250,000 fine; $100 cvf; not more than 3 yrs tsr.
(2)

**Disposition**

DISMISSED ON GOVERNMENT'S ORAL MOTION

**Highest Offense Level (Terminated)**

Felony

TRUE COPY I CERTIFY
ATTEST
Michael Milby Clerk
By _____ Deputy clerk

| | |
|---|---|
| **Complaints** | **Disposition** |
| 8:1324.F Bringing in and harboring aliens | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Financial Litigation**<br>U S Attorney's Office<br>Southern District of Texas<br>P O Box 61129<br>Houston, TX 77208<br>713-567-9000<br>Fax: 713-718-3391 fax<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**US Pretrial Svcs-La**<br>PO Box 1460<br>Laredo, TX 78042-1460<br>956-794-1030 fax<br>Fax: 956-790-1743<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**US Probation - L**<br>1300 Victoria, Ste 2111<br>Laredo, TX 78040<br>956-726-2915 fax<br>Fax: 956-726-2915 fax<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew James Rinka**<br>Assistant United States Attorney<br>PO Box 1179<br>Laredo, TX 78042-1179<br>956-723-6523<br>Email: matthew.rinka@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2004 | 1 | COMPLAINT as to Philip Eugene Townsend (1), Dennis Dennoard Faulk, Jr. (2), filed. (pgalvan, ) [5:04-mj-10275] (Entered: 11/10/2004) |
| 10/25/2004 | 8 | Affidavit for Material Witness(es) Olivia Garcia-Cortez, Martin Israel Reyes-Corrales as to Philip Eugene Townsend, Dennis Dennoard Faulk, Jr., filed.(pgalvan, ) [5:04-mj-10275] (Entered: 11/10/2004) |
| 10/25/2004 | 9 | Minute Entry for proceedings held before Judge Marcel C. Notzon :INITIAL APPEARANCE OF MATERIAL WITNESS(ES) Olivia Garcia-Cortez as to Philip Eugene Townsend, Dennis Dennoard Faulk, Jr., (Material Witness(es) informed of rights) held on 10/25/2004 Appearance entered by Rene Carlo Benavides for Olivia Garcia-Cortez on behalf of defendant., Added attorney Rene Carlo Benavides apptd. for Olivia Garcia-Cortez/ bond set at $5000 c/s Appearances:ML Castillo,AUSA; Rene Carlo Benavides apptd. (ERO:P Galvan) (Interpreter:D Gonzalez) Deft remanded to custody , filed.(pgalvan, ) [5:04-mj-10275] (Entered: 11/10/2004) |

| | | |
|---|---|---|
| 10/25/2004 | 10 | (Court only) CJA 23 Financial Affidavit by Material Witness Olivia Garcia-Cortez as to Philip Eugene Townsend, Dennis Dennoard Faulk, Jr. , filed.(pgalvan, ) [5:04-mj-10275] (Entered: 11/10/2004) |
| 10/25/2004 | 11 | CJA 20 for Material Witness Olivia Garcia-Cortez: Appointment of Attorney Rene Carlo Benavides for Olivia Garcia-Cortez as to Philip Eugene Townsend, Dennis Dennoard Faulk, Jr. ( Signed by Judge Marcel C. Notzon ). Parties notified. (pgalvan, ) [5:04-mj-10275] (Entered: 11/10/2004) |
| 10/25/2004 | 12 | Minute Entry for proceedings held before Judge Marcel C. Notzon :INITIAL APPEARANCE OF MATERIAL WITNESS(ES) Martin Israel Reyes-Corrales as to Philip Eugene Townsend, Dennis Dennoard Faulk, Jr., (Material Witness(es) informed of rights) held on 10/25/2004 bond set at $5000 c/s Appearances:ML Castillo, AUSA; attorney waived.(ERO:P Galvan) (Interpreter:D Gonzalez) Deft remanded to custody , filed.(pgalvan, ) [5:04-mj-10275] (Entered: 11/12/2004) |
| 10/25/2004 | 13 | (Court only) CJA 23 Financial Affidavit by Material Witness Martin Israel Reyes-Corrales as to Philip Eugene Townsend, Dennis Dennoard Faulk, Jr. , filed.(pgalvan, ) [5:04-mj-10275] (Entered: 11/12/2004) |
| 10/25/2004 | 15 | Statutory Warning by USA as to Philip Eugene Townsend, Dennis Dennoard Faulk, Jr., filed.(nortiz, ) [5:04-mj-10275] (Entered: 11/16/2004) |
| 10/25/2004 | 5 | Minute Entry for proceedings held before Judge Marcel C. Notzon :INITIAL APPEARANCE as to Dennis Dennoard Faulk, Jr.,(Deft informed of rights) held on 10/25/2004, Added attorney Donato David Ramos, Jr apptd. for Dennis Dennoard Faulk, Jr. bond set at $30,000 c/s; prel hearing set for 11/3/04 at 11:00am with Judge Arce Flores. Appearances:ML Castillo,AUSA; G Wirsching, PTSO. Donato David Ramos, Jr. apptd.(ERO:P Galvan) (Interpreter:D Gonzalez) Deft remanded to custody , filed.(pgalvan, ) [5:04-mj-10275] (Entered: 11/10/2004) |
| 10/25/2004 | 6 | (Court only) CJA 23 Financial Affidavit by Dennis Dennoard Faulk, Jr. , filed. (pgalvan, ) [5:04-mj-10275] (Entered: 11/10/2004) |
| 10/25/2004 | 7 | CJA 20 as to Dennis Dennoard Faulk, Jr.: Appointment of Attorney Donato D Ramos for Dennis Dennoard Faulk, Jr. ( Signed by Judge Marcel C. Notzon ). Parties notified. (pgalvan, ) [5:04-mj-10275] (Entered: 11/10/2004) |
| 11/01/2004 | 16 | WAIVER of Preliminary Examination or Hearing by Dennis Dennoard Faulk, Jr., filed. (nortiz, ) [5:04-mj-10275] (Entered: 11/18/2004) |
| 11/16/2004 | 17 | INDICTMENT as to Philip Eugene Townsend (1) count(s) 1-2, Dennis Dennoard Faulk, Jr. (2) count(s) 1-2, filed. ( atrevino ) (Entered: 11/29/2004) |
| 11/16/2004 | | **Added Pretrial Services, Financial Litigation and Probation ( atrevino ) (Entered: 11/29/2004) |
| 11/19/2004 | 18 | NOTICE OF SETTING as to Philip Eugene Townsend, Dennis Dennoard Faulk, Jr.. Arraignment set for 11/24/2004 at 09:00 AM in Courtroom 2B before Magistrate Judge Adriana Arce-Flores, filed.(bmendoza, ) (Entered: 11/29/2004) |
| 11/24/2004 | 19 | Minute Entry for proceedings held before Judge Adriana Arce-Flores :ARRAIGNMENT as to Dennis Dennoard Faulk, Jr. (2) Count 1-2 held on 11/24/2004. Not Guilty on 1,2. Appearances:Matt Rinka f/gvt. Donato David Ramos, Jr. f/dft(ERO:Sara Medellin) (Interpreter:not used) Deft remanded to custody , filed. (bmendoza, ) (Entered: 12/02/2004) |
| 11/24/2004 | 20 | SCHEDULING ORDER as to Dennis Dennoard Faulk, Jr.. Dispositive Motion Filing due by 12/6/2004 Responses due by 12/13/2004 Final Pretrial Conference set for 1/6/2005 at 01:00 PM ;Jury Selection set for 1/10/2005 at 08:30 AM in Courtroom 3B before Judge Keith P Ellison(by Judge Keith P Ellison ). Parties notified. (bmendoza, ) (Entered: 12/02/2004) |

| | | | |
|---|---|---|---|
| 12/16/2004 | ● 23 | | AGREED MOTION to Reduce Bond by Dennis Dennoard Faulk, Jr., filed. (bmendoza, ) (Entered: 12/17/2004) |
| 12/16/2004 | ● 24 | | ORDER granting deft23 AGREED Motion for Bond. Bond set for Dennis Dennoard Faulk, Jr. (2) at $30,000.00, unsecured with one co-surety.(Signed by Judge Keith P Ellison.) Parties notified.(bmendoza, ) (Entered: 12/17/2004) |
| 12/16/2004 | ● 25 | | US PRETRIAL SERVICES AGENCY MEMORANDUM re: Response to Motion to Reduce Bondas to Dennis Dennoard Faulk, Jr. Court does concur with pretrial recommendation. ( Signed by Judge Keith P Ellison ). Parties notified. (bmendoza, ) (Entered: 12/17/2004) |
| 12/16/2004 | ● 26 | | Minute Entry for proceedings held before Judge Keith P Ellison :RE-ARRAIGNMENT held on 12/16/2004. Dennis Dennoard Faulk, Jr. (2) Guilty Count 1,2. Written plea agreement; order for psi; sentence date 3/3/05 at 9am. Appearances:Mary E Smyth. Donato David Ramos, Jr.(Court Reporter: Leticia Gomez) (Interpreter:Derek Sully, not used) Deft remanded to custody , filed.( atrevino ) (Entered: 12/20/2004) |
| 12/16/2004 | ● 27 | | PLEA AGREEMENT as to Dennis Dennoard Faulk, Jr. , filed. (bmendoza, ) (Entered: 12/20/2004) |
| 12/16/2004 | ● 28 | | Factual Basis For Guilty Plea by USA as to Dennis Dennoard Faulk, Jr. , filed. (bmendoza, ) (Entered: 12/20/2004) |
| 12/16/2004 | ● 29 | | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Dennis Dennoard Faulk, Jr.. PSI Completion due by 1/25/2005. Objection to PSI due by 2/8/2005 Final PSI due by 2/22/2005 Sentencing set for 3/3/2005 at 09:00 AM in Courtroom 3B before Judge Keith P Ellison(by Judge Keith P Ellison ). Parties notified. (bmendoza, ) (Entered: 12/20/2004) |
| 12/22/2004 | ● 30 | | Appearance Bond Entered as to Dennis Dennoard Faulk, Jr. , filed. (bmendoza, ) (Entered: 12/28/2004) |
| 01/06/2005 | ● 31 | | UNOPPOSED MOTION For Continuance by Philip Eugene Townsend, Dennis Dennoard Faulk, Jr., filed. (Proposed Order: # 1)(bmendoza) Modified on 1/7/2005 (bmendoza, ). (Entered: 01/07/2005) |
| 01/27/2005 | ● 40 | | NOTICE of Reassignment as to Philip Eugene Townsend, Dennis Dennoard Faulk, Jr.. Pursuant to Special Order No. L-2005-1, this case is reassigned to Judge Micaela Alvarez. Deadlines in scheduling orders remain in effect. All court settings are vacated , filed. (rrodriguez, ) (Entered: 01/27/2005) |
| 01/27/2005 | ● 41 | | ORDER granting dfts 31 Motion for Continuance as to Philip Eugene Townsend (1), Dennis Dennoard Faulk, Jr. (2).( Signed by Judge Micaela Alvarez ) Parties notified. ( dflores ) (Entered: 02/02/2005) |
| 04/29/2005 | ● 46 | | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Dennis Dennoard Faulk, Jr., filed.(dgonzalez) (Entered: 05/03/2005) |
| 04/29/2005 | ● 47 | | CONFIDENTIAL SENTENCING REC0MMENDATION (Sealed) regarding Dennis Dennoard Faulk, Jr., filed.(dgonzalez) (Entered: 05/03/2005) |
| 05/11/2005 | ● 49 | | NOTICE OF SETTING as to Dennis Dennoard Faulk, Jr. Sentencing set for 5/18/2005 at 09:00 AM in Courtroom 3C before Visiting Judge Helen G. Berrigan, filed. (dgonzalez) (Entered: 05/13/2005) |
| 05/18/2005 | ● 80 | | NOTICE TRANSFERRING CASE. Case reassigned to Judge Helen G. Berrigan for all further proceedings. Judge Micaela Alvarez no longer assigned to case as to Dennis Dennoard Faulk, Jr. Parties notified. (dgonzalez) Modified on 5/19/2005 (dgonzalez). (Entered: 05/19/2005) |
| 05/18/2005 | ● 51 | | Minute Entry for proceedings held before Judge Helen G. Berrigan:Sentencing held on 5/18/2005 for Dennis Dennoard Faulk, Jr. (2), Count(s) 1. ***SENTENCE: 4 months to |

| | | |
|---|---|---|
| | | serve; 3 years TSR, first 2 months of TSR to be in Home Confinement; no fine; $100 CVF; right to appeal; Count 2 dismissed on Government's oral motion; Defendant to surrender to designated institution when notified by attorney or Court. Appearances:Andy Guardiola f/gvt and Donato Ramos.(Court Reporter: Leticia Verdin) (Interpreter:A. Caddess/Diana Gonzalez-not used) Deft continued on bond, filed. (dgonzalez) (Entered: 05/19/2005) |
| 05/18/2005 | | DISMISSAL OF COUNTS on Government Motion as to Dennis Dennoard Faulk, Jr.. Dennis Dennoard Faulk, Jr. (2) Count 2. (dgonzalez) (Entered: 05/19/2005) |
| 05/18/2005 | | (Court only) ***Case Terminated as to Philip Eugene Townsend, Dennis Dennoard Faulk, Jr. (dgonzalez) (Entered: 05/19/2005) |
| 05/18/2005 | 81 | NOTICE OF NON-APPEAL by Dennis Dennoard Faulk, Jr., filed.(dgonzalez) (Entered: 05/19/2005) |
| 06/03/2005 | 82 | JUDGMENT as to Dennis Dennoard Faulk, Jr. (The Statement of Reasons has been placed under seal in the envelope with the Original Presentence Report. Copies of the SOR have been sent to the defendant's attorney, the AUSA, and the US Marshal) ( Signed by Judge Helen G. Berrigan ). Parties notified. (dgonzalez) (Entered: 06/07/2005) |
| 06/23/2005 | 83 | ORDER TO SURRENDER on July 26, 2005 (Tuesday), at 2:00 p.m. to FCI Tallahassee as to Dennis Dennoard Faulk, Jr. ( Signed by Judge Micaela Alvarez ). Parties notified. (dgonzalez) (Entered: 06/24/2005) |
| 07/26/2005 | 86 | MAIL RETURNED UNDELIVERABLE as to Dennis Dennoard Faulk, Jr., filed. (dgonzalez) (Entered: 07/27/2005) |
| 07/27/2005 | 87 | NOTICE of Voluntary Surrender by Dennis Dennoard Faulk, Jr., filed.Defendant DID NOT surrender at FCI Tallahasse.(dgonzalez) (Entered: 07/27/2005) |
| 08/16/2005 | 91 | NOTICE of VOLUNTARY SURRENDER by Dennis Dennoard Faulk, Jr., filed.The Defendant DID surrender at FCI Talladega on August 11, 2005. (dgonzalez) (Entered: 08/16/2005) |
| 01/03/2006 | 93 | CJA 20 as to Material Witness Olivia Garcia-Cortez, re: Philip Eugene Townsend, Dennis Dennoard Faulk, Jr.: Authorization to Pay Rene C Benavides Amount: $ 68.00, ( Signed by Judge Micaela Alvarez ). Parties notified. (mmarquez, ) (Entered: 01/04/2006) |
| 09/04/2007 | 95 | Supervised Release Jurisdiction Transferred to Middle District of Alabama as to Dennis Dennoard Faulk, Jr., filed.(mmarquez) (Entered: 09/05/2007) |